UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Barbara Joan High, as Personal Representative of the Estate of Mary Kate Golightly Wingo,<br><br>    Plaintiff,<br>v.<br><br>Bruce E. Moss, Tammy F. Moss, Ally Moss, and Luci Ratliff,<br><br>    Defendants. | C/A No.: 7:14-cv-03597-GRA<br><br>**ORDER**<br>(Written Opinion) |

This matter is before the Court on Andrew C. English and George A. Taylor's Request for Protection from Court Appearance for the time period of June 8, 2015, through June 12, 2015. ECF No. 32. Judge Anderson's filing preference No. 9, entitled "Protection Requests and Extensions of Time," states that parties should "not request protection from trial or other court appearances **unless** a hearing date has been scheduled during the time period for which protection is requested." There are no scheduled hearings on this matter during the time period that counsel requests protection from appearing before this Court. Accordingly, counsel's Request for Protection is **DENIED**.

  **IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

January  20 , 2015
Anderson, South Carolina