UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Barbara Joan High, as Personal Representative of the Estate of Mary Kate Golightly Wingo,<br><br>        Plaintiff,<br>v.<br><br>Bruce E. Moss, Tammy F. Moss, Ally Moss, and Luci Ratliff,<br><br>        Defendants. | C/A No.: 7:14-cv-03597-GRA<br><br>**ORDER**<br>(Written Opinion) |

This matter comes before the Court on its own initiative. On January 15, 2014, the Court ordered Defendants to address whether the Court should remand this case for lack of subject matter jurisdiction. ECF No. 31. Thereafter, Defendants submitted a brief, supported by affidavit, which adequately addressed the Court's concerns regarding diversity of citizenship.[1] ECF Nos. 35, 36. Having reviewed the brief and affidavit, it appears that Plaintiff is a citizen of South Carolina and all Defendants are citizens of Florida. However, should additional evidence arise that casts doubt on the Court's jurisdiction, the Court will revisit the issue pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

April 23, 2015
Anderson, South Carolina

---

[1] Plaintiff elected not to file a responsive brief.